UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

IN RE:

FREDERICK ANTHONY DEFALCO,         Case No: 16-16697-PGH
                                   Chapter 11
　　　　Debtor.
_____/

**NOTICE OF FILING EXHIBIT OF THE FURR AND COHEN, PA ENGAGEMENT LETTER TO DEBTOR-IN-POSSESSION'S EXPEDITED APPLICATION FOR EMPLOYMENT OF ATTORNEY AARON A. WERNICK, ESQ. AND THE LAW FIRM OF FURR AND COHEN, P.A. AND AUTHORIZATION FOR PAYMENT OF POST-PETITION RETAINER [ECF 49]**

Frederick Anthony DeFalco, Debtor and Debtor in Possession (the "**Debtor**"), by and through undersigned counsel, files this Notice of Filing of the Furr and Cohen, PA Engagement Letter Exhibit to the Debtor-In-Possession's Expedited Application For Employment of Attorney Aaron A. Wernick, Esq. and the Law Firm of Furr and Cohen, P.A. and Authorization for Payment of Post-Petition Retainer [ECF 49].

　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　Furr and Cohen, P.A.
　　　　　　　　　　　　　　　　　　*Attorneys for Debtor*
　　　　　　　　　　　　　　　　　　2255 Glades Road, Suite 337W
　　　　　　　　　　　　　　　　　　Boca Raton, FL 33431
　　　　　　　　　　　　　　　　　　(561) 395-0500/ (561) 338-7532 - fax

　　　　　　　　　　　　　　　　　　By:  */s/ Aaron A. Wernick*
　　　　　　　　　　　　　　　　　　　　Aaron A. Wernick, Esq.
　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 14059
　　　　　　　　　　　　　　　　　　　　E-Mail:awernick@furrcohen.com

Dated: July 7, 2016



Marc P. Barmat
Charles I. Cohen
Alan R. Crane
Robert C. Furr
Alvin S. Goldstein
Jason S. Rigoli
Aaron A. Wernick

June 28, 2016

## RETAINER AGREEMENT

SENT VIA EMAIL: fred@defalco.com
Fred DeFalco
1601 NW 13th Street
Boca Raton, FL 33486-1127

RE:  Frederick Anthony DeFalco
     Chapter 11 Case #16-16697-PGH

Dear Fred:

This letter will confirm that you have engaged Furr and Cohen, P.A. (the "Firm") to represent you in your bankruptcy proceeding under Chapter 11 of the Bankruptcy Code.

The purpose of this letter is to set forth our mutual understanding regarding the legal services to be rendered by the Firm and the basis on which fees will be payable for such services.

1. Professional Undertaking:  I will take primary responsibility for representation. If at any time you have any questions or concerns, please contact me at once.

2. Fees and Costs:  You have agreed to pay the Firm a retainer of $30,000.00, which is due and payable immediately and is earned upon receipt.  Unless we agree in writing as to a flat fee for any matter, the retainer, plus any other legal, services performed not provided for under the retainer, will be billed against our prevailing hourly rates which are currently $650.00 per hour for attorney Robert C. Furr, $550.00 per hour for attorneys Charles I. Cohen and Alvin Goldstein, $500.00 per hour for attorneys Marc P. Barmat and Alan R. Crane, **$425.00 per hour for attorney Aaron A. Wernick** and $350.00 per hour for attorney Jason S. Rigoli, $175.00 for paralegal Barbara J. Nasralla; $150.00 for paralegals Patricia Mouton, Nancy Dixon, Coleen Workinger and Martha Ortman, plus expenses including but not limited to: court costs, filing fees, witness fees, photocopying, messenger service, overnight delivery, facsimile fees, long distance telephone calls, computerized legal research and all other similar expenses incurred in this matter.  You agree to

One Boca Place  2255 Glades Road  Suite 337 West  Boca Raton, FL 33431  Phone 561 395-0500  Fax  561 338-7532  FurrCohen.com

Fred DeFalco
June 28, 2016
Page 2

reimburse the Firm for those expenditures as are deemed reasonable and necessary to represent your interests in these matters.

You authorize the undersigned to make and agree to reimburse the Firm for those expenditures as are deemed reasonable and necessary to represent your interests in these matters. Any unused retainer will be returned at the conclusion of your case. From time to time at the Firm's discretion, we may require additional retainers for continued representation.

3. Termination: It is agreed that the Firm shall have the right to withdraw from your case if you have misrepresented or failed to disclose material facts to the Firm or if you fail to follow our legal advice, or if you fail to pay a statement rendered by this office within thirty (30) days of receipt. In any of these events, you agree to execute such necessary documents as will permit the Firm to withdraw. If we withdraw from your case, you are not relieved of the obligation to pay outstanding unpaid fees and costs. Client has the right to terminate representation by the Firm at any time, but will be responsible for all fees and costs up until the time of termination. All termination requests must be made in writing or by email.

4. Outcome: You acknowledge that the Firm has made no guarantee, warranty or representation in connection with the favorable outcome or disposition of any phase of this case or matters which the Firm has been retained and all expressions relative to it are only the Firm's opinion. You agree to cooperate fully with us and agree not to do anything which would compromise our professional conduct and ethics.

5. Scope: The provisions of this Agreement shall apply to the matters referred to herein and to such further matters that the Firm shall handle for you, from time to time, unless other arrangements are made in writing between you and the Firm for our fees and expenses.

6. You acknowledge that the Firm shall have a retaining lien on the office file and on all of your documents, property, or money in its possession for the payment of all sums due it from you under this agreement. The Firm shall further have a charging lien on all personal or real property that it obtained for you and may institute suit if necessary against you and intervene in the action in which it represented you as a party litigant.

7. In the event it is necessary to institute a lawsuit for the collection of any fees and advances due to the Firm by you, you agree to pay, in addition to any judgment for such fees and advances, all costs and expenses necessitated, thereby including reasonable attorney's fees.

Venue for such action shall lie in Palm Beach County, Florida. All unpaid bills over thirty (30) days bear interest at 12% per annum.

If the foregoing is acceptable to you, please so indicate by signing below and returning the original of this letter to the undersigned. A copy is provided for your convenience.

Fred DeFalco
June 28, 2016
Page 3

I look forward to working with you on these matters.

Very truly yours,

Furr and Cohen, P.A.

/s/ *Aaron A. Wernick*

Aaron A. Wernick
E-mail: awernick@furrcohen.com

Read, Approved and Agreed as Above

By: _____        Date: 6/28/16
Frederick Anthony DeFalco